FILED

APR 1 2 2004

CLERK OF
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONOHAR SINGH,

    Plaintiff,

vs

BALJIT NANDA,

    Defendant.

Case No: 85-60007
Honorable Victoria A. Roberts

## JUDGMENT

In accordance with the Order entered on APR 1 2 2004, IT IS ORDERED that Judgment is entered in favor of Defendant.

Dated at Detroit, Michigan on _____ APR 1 2 2004 _____.

David J. Weaver
Clerk of the Court

BY: _____

Approved:

_____
Victoria A. Roberts
United States District Judge